UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HOTEL CIRCLE GL HOLDINGS, LLC,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-01194-DAD-EPG<br><br>ORDER DENYING AS MOOT STIPULATED REQUEST FOR CONTINUANCE OF SCHEDULG CONFERENCE<br><br>(ECF No. 24) |

The parties have filed a stipulation to reset the scheduling conference. (ECF No. 24.) In the stipulation, the parties mistakenly state that there is a scheduling conference set for December 5, 2019, and request that the scheduling conference be continued until the pleadings are finalized. (*Id.*)

The stipulated request to vacate the scheduling conference previously set for December 5, 2019, is DENIED as moot because the scheduling conference was already vacated and reset to March 3, 2019, at 9:30 a.m. (ECF Nos. 13, 23.) To the extent the parties request that the scheduling conference be reset only after Defendant has filed an anticipated motion to dismiss and the anticipated motion to dismiss has been addressed, the request is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **December 4, 2019**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1