UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>Plaintiff,<br><br>v.<br><br>HOTEL CIRCLE GL HOLDINGS, LLC,<br><br>Defendant. | Case No. 1:19-cv-01194-DAD-EPG<br><br>ORDER DENYING AS MOOT REQUEST FOR ADA ACCOMMODATION<br><br>(ECF No. 25) |

Plaintiff has filed a request for accommodation under the Americans with Disabilities Act ("ADA") (ECF No. 25). In the motion, Plaintiff requests that he be permitted to appear telephonically at the scheduling conference, which has been reset **to March 3, 2020, at 9:30 a.m.** In a minute order entered December 3, 2019, the Court granted Plaintiff's request for telephonic appearance at the scheduling conference (ECF No. 23), and accordingly DENIES the motion filed on December 4, 2019 (ECF No. 25) as moot.

IT IS SO ORDERED.

Dated: __December 9, 2019__           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1